**Order filed October 15, 2015**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-15-00320-CV

———————

**THOMAS R. WRIGHT, Appellant**

**V.**

**PLAINSCAPITAL BANK, Appellee**

**On Appeal from the 295th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-50757**

## O R D E R

On April 28, 2015, this court abated this appeal because appellant petitioned for voluntary bankruptcy in the United States Bankruptcy Court for the Southern District of Texas, under cause number 15-32000. *See* Tex. R. App. P. 8.2.

Through the Public Access to Court Electronic Records (PACER) system, the court has learned that the bankruptcy case was closed July 6, 2015. The parties failed to advise this court of the bankruptcy court action.

Unless within 20 days of the date of this order, any party to the appeal files a motion demonstrating good cause to retain this appeal, this appeal will be reinstated and dismissed for want of prosecution.


PER CURIAM